v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2007–3181.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2007.

Douglas R. SESKEY, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2007–3174.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2007.

Joseph J. Chester, Caplan & Chester, of Pittsburgh, Pennsylvania, argued for petitioner.

Michael A. Carney, Attorney, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel, Rosa M. Koppel, Deputy General Counsel, and Calvin M. Morrow, Acting Associate General Counsel.

Before BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and LINN, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36